UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
10.4.17
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

NEIL ANDRE BUTLER
 aka "Prince Heru Amen el Bey"
 aka "Neo Ben Israel"

CASE NO. 3:17-cr-186-J-39JRK
18 U.S.C. § 514(a)(2)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 3, 2016, in the Middle District of Florida, and elsewhere, the defendant,

NEIL ANDRE BUTLER,

with intent to defraud, did pass, utter, present, offer, broker, and possess, and attempt and cause the same, within the United States, a false and fictitious instrument, document, and other item, to-wit: a check purportedly payable by the U.S. Treasury in the amount of $11,613.32, appearing, representing, purporting, and contriving through scheme and artifice to be an actual security

and other financial instrument issued under the authority of the United States and a political subdivision of the United States.

In violation of 18 U.S.C. § 514(a)(2).

## COUNT TWO

On or about October 3, 2016, in the Middle District of Florida, and elsewhere, the defendant,

NEIL ANDRE BUTLER,

with intent to defraud, did pass, utter, present, offer, broker, and possess, and attempt and cause the same, within the United States, a false and fictitious instrument, document, and other item, to-wit: a check purportedly payable by the U.S. Treasury in the amount of $83,764.01, appearing, representing, purporting, and contriving through scheme and artifice to be an actual security and other financial instrument issued under the authority of the United States and a political subdivision of the United States.

In violation of 18 U.S.C. § 514(a)(2).

## COUNT THREE

On or about October 3, 2016, in the Middle District of Florida, and elsewhere, the defendant,

NEIL ANDRE BUTLER,

2

with intent to defraud, did pass, utter, present, offer, broker, and possess, and attempt and cause the same, within the United States, a false and fictitious instrument, document, and other item, to-wit: a check purportedly payable by the U.S. Treasury in the amount of $106,120.73, appearing, representing, purporting, and contriving through scheme and artifice to be an actual security and other financial instrument issued under the authority of the United States and a political subdivision of the United States.

In violation of 18 U.S.C. § 514(a)(2).

## COUNT FOUR

On or about October 3, 2016, in the Middle District of Florida, and elsewhere, the defendant,

NEIL ANDRE BUTLER,

with intent to defraud, did pass, utter, present, offer, broker, and possess, and attempt and cause the same, within the United States, a false and fictitious instrument, document, and other item, to-wit: a check purportedly payable by the U.S. Treasury in the amount of $51,037.78, appearing, representing, purporting, and contriving through scheme and artifice to be an actual security

and other financial instrument issued under the authority of the United States and a political subdivision of the United States.

In violation of 18 U.S.C. § 514(a)(2).

A TRUE BILL,

*Michelle E. Smith*
Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

4

FORM OBD-34
APR 1991  No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

NEIL ANDRE BUTLER
aka "Prince Heru Amen el Bey"
aka "Neo Ben Israel"

## INDICTMENT

Violations:

Counts 1-4:   18 U.S.C. § 514(a)(2)

A true bill,

_Michelle E. Smith_
Foreperson

Filed in open court this 4th day

of October, 2017.

_____
Clerk

Bail  $_____

GPO 863 525