**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

      v.                                    Case No. 3:17-cr-186-J-39JRK

**NEIL ANDRE BUTLER**
_____/

**FEDERAL DEFENDER'S MOTION TO WITHDRAW**

The Federal Defender's Office moves to withdraw from this case for the following reasons:

1.    The Federal Defender's Office was appointed to represent Neil Andre Butler on October 23, 2017. The undersigned was assigned responsibility for Mr. Butler's case.

2.    Because of the existence of irreconcilable differences between this office and Mr. Butler, it is clear that effective representation cannot be accomplished by the Federal Defender's Office. What's more, Mr. Butler has indicated that he no longer wants the Federal Defender's Office to represent him.

3.    The undersigned explained to Mr. Butler that the representation issue would be brought to the Court's attention, and the Court would appoint another lawyer if it be determined that withdrawal by the Federal Defender's Office is appropriate.

4. Mr. Butler informed the undersigned that he does not want another lawyer appointed, but rather, wants to represent himself.

5. Accordingly, it is requested that the Federal Defender's Office be permitted to withdraw from this case and that the Court take whatever further action is required by law based on Mr. Butler's stated desire to represent himself.

6. Assistant U.S. Attorney Michael Coolican has asked the undersigned to inform the Court that the government takes no position on this motion.

Respectfully submitted,

Donna Lee Elm
Federal Defender

s/ *Mark Rosenblum*
Mark Rosenblum
Assistant Federal Defender
Florida Bar No. 289175
200 West Forsyth Street, Suite 1240
Jacksonville, Florida 32202
Telephone: 904-232-3039
Fax: 904-232-1937
E-Mail: mark_rosenblum@fd.org
Attorney for defendant

## **CERTIFICATE OF SERVICE**

   I certify that on January 8, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that on January 9, 2018 a copy of the foregoing was mailed to Neil Andre Butler at the address he provided to the Court when released on bond.

             s/ *Mark Rosenblum*
             Assistant Federal Defender