FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2018 JAN 17 AM 9: 17

UNITED STATES OF AMERICA            CASE NO.3:17-cr-00186-BJD-JRK

V.                                  AFFIDAVIT OF REBUTTAL

NEIL ANDRE BUTLER

---

## AFFIDAVIT OF REBUTTAL

I, Affiant Neo Ben Yisra El, Executor, beneficial owner, entitlement holder in due course of Butler, Neil Andre' Estate Dba NEIL ANDRE BUTLER®™ make these statements under penalty of perjury under the laws of the united States of America (Major).

1. I, Affiant **deny** that on October 3, 2016, in the Middle District of Florida I did with intent to defraud, pass, utter, present, offer, broker possess or attempt to cause the same, within the United States (Minor), a false and fictitious instrument, document, and other item, to wit: checks purportedly payable by the U.S. Treasury.

    (a) Count One in the amount of $11,613.32

    (b) Count Two in the amount of $83,764.01

    (c) Count Three in the amount of $106,120.73

    (d) Count Four in the amount of $51,037.78

Appearing, representing, purporting, and contriving through scheme and artifice to be an actual security and other financial instrument issued under the authority of the United States(Minor) and a political subdivision of the United States(Minor) in violation of [18 U.S.C. §514(a)(2)].

2. No evidence of property damage.

3. No evidence of an accuser.

4. The accusations of a crime, made by Plaintiff, are false allegations.

5. A crime may not legally exist without substance, and I have not, at any time given my consent to be the surety for a contract obligation, brought forward by Plaintiff, a corporate fiction, who does not have proper standing.

   a. [Supreme courts ruled "Without Corpus delicti there can be no crime""In every prosecution for crime it is necessary to establish the "corpus delicti", i.e., the body or elements of the crime." People v. Lopez, 62 Ca.Rptr. 47, 254 C.A.2d 185.]

6. The basic principles of law require that for a crime to exist, there must exist a proper accuser, an injured party, and/or damage to property.

   a. ["As a general principle, standing to invoke the judicial process requires an actual justiciable controversy as to which the complainant has a real interest in the ultimate adjudication because he or she has either suffered or is about to suffer an injury." People v. Superior Court, 126 Cal.Rptr.2d 793.]

7. The Plaintiff does not represent an injured party, nor does the Plaintiff

represent a living Man, with rights to pursue a criminal accusation. The Plaintiff is a fiction, this is a misrepresentation. There is no substance in fiction, as it only exists in the mind of men.

8. The Plaintiff, a legal fiction, lacks proper standing to bring a criminal complaint against any Man, because a fiction is corporate and a Man is living, which violates the legal principle of standing, defining whether or not the party may even bring the alleged complaint.

9. ["Persons dealing with the government are charged with knowing government statutes and regulations, and they assume the risk that government agents may exceed their authority and provide misinformation." Ninth Circuit Court of Appeals, Lavin v Marsh, 644 f.2D 1378, (1981)]

10. The agents of the Plaintiff bringing a false claim, have full knowledge that reliance on the undisclosed information, would result in the Man being mislead into making a plea, which would otherwise be technically incorrect, void ab initio.

   a. ["For a crime to exist, there must be an injured party. A crime in law requires a corpus delicti and a corporation cannot be the body of the crime or an injured party. "There can be no sanction or penalty imposed on one because of this exercise of Constitutional rights." Sheer v. Cullen, 481 F. 945.]

An unrebutted affidavit is presumed to be true and Respondent(s) is/are required to timely respond to and to rebut the truths expressed in each paragraph, categorically and on a point for point basis with an is signed and sworn to on respondent's commercial liability and by a third party public witness, e.g. notary public, or other person qualified to attest to foreign bills or the matters expressed in this affidavit that rebuts this affidavit, or the truths expressed in this affidavit shall constitute final truth and commercial judgment.

I Affiant, Neo Ben Yisra El declare under penalty of perjury under the laws of the United States of America (Major) that the foregoing is true and correct, in Propria Persona Proceeding Sui Juris with explicit reservation of all my unalienable rights executed on this 11 day of Jan 2018

**FURTHER AFFIANT SAYETH NOT**

By: Special Restricted Appearance
Neo Ben Yisra El Executor of
Butler Neil Andre' Estate
Dba NEIL ANDRE BUTLER®™
Butler Neil A.
All Rights Reserved
Without Prejudice
Without The US


GREGORY CALIZAIRE
Notary Public - State of Florida
Commission #FF-977331
My Commission Expires
March 30, 2020

**Jurat**

State FL
County Duval

The use of notary below is for identification only, and such use does not grant any "jurisdiction" to anyone. On this 11 day of January, 2018 before me, the undersigned, a Notary Public in and for Duval County, personally appeared the above-signed, who produced FL Drivers License as identification.
Signature _____ My commission expires Mar 30, 2020  Seal

Certificate of Service To:

W. STEPHEN MULDROW
Acting United States Attorney

MICHAEL J. COOLICAN
Assistant United States Attorney

FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**        CASE NO.3:17-cr-00186-BJD-JRK

v.

**NEIL ANDRE BUTLER**

---

### AFFIDAVIT OF RESCISSION NEIL ANDRE BUTLER

I, Affiant Neo Ben Yisra El, Executor, beneficial owner, entitlement holder in due course of Butler, Neil Andre' Estate Dba NEIL ANDRE BUTLER®™ rescind any and all prior endorsements, and please, decline any and all offers to contract and reserve the right to reject all offers and bids, and do not concede to any presumptions of law, with the parties: UNITED STATES OF AMERICA (Minor).

1. I deny being liable or responsible for the errors and omissions of any offeror, partner of offeror, or their agents on behalf of the NEIL ANDRE BUTLER agency/ instrumentality of the UNITED STATES;

2. I make this rescission voluntarily and without prejudice, on the grounds of

fraud, misrepresentation, and concealment of material facts regarding the underlying financial transactions and the financial undertakings for the NEIL ANDRE BUTLER, xxx-xx-5939;

3. I further make this rescission on the grounds that the responding parties through their agents have concealed information regarding my rights and entitlement over property that they are holding in trust, under the administrative NEIL ANDRE BUTLER agency / instrumentality of the UNITED STATES.

4. I deny that I received full disclosure regarding the underlying financial assets, financial undertakings, and accounting of interest to which I have affixed my signature under influence of duress and coercion of the perpetrators of the fraud against the estate;

5. I have reason to know that agents doing the business on the estate through the NEIL ANDRE BUTLER agency / instrumentality of the UNITED STATES have misrepresented the character and legal status of the ens legis and are concealing material facts, regarding the underlying financial

transactions in such a way to deprive me of my interest and title in property and rights;

6. I rescind and reject any contract with the above parties on the grounds that consent was not and is not, free, mutual, or communicated bilaterally to each party, whereas the construction of a contract occurred before I obtained the age of majority and wherein I have yet to receive full disclosure regarding the terms conditions, reciprocity requirements, undisclosed governing laws, principles and doctrines;

7. I deny that I ever intended to forfeit rights and freedoms, to receive a benefit, wherein I became obligated to perform on obligations charged against my estate, secured by my body, and any such consent shall be deemed for the record an issue under duress, threat and coercion;

8. I reject all benefits and liabilities stemming from previous contract(s) with the addressee, rendering null and void all contracts with the addressee whether express or implied. Explicitly, exclusively and expressly reserving All Rights and Liberties "without prejudice" [U.C.C. 1-207/1-308].

An unrebutted affidavit is presumed to be true and Respondent(s) is/are required to timely respond to and to rebut the truths expressed categorically and on a point for point basis with an affidavit that is signed and sworn to on respondent's commercial liability and witnessed by a third party public witness, e.g. notary public, or other person qualified to attest to foreign bills or the matters expressed in this affidavit that rebuts this affidavit, or the truths expressed in this affidavit shall constitute the final truth and commercial judgment.

I Affiant, Neo Ben Yisra El declare under penalty of perjury under the laws of the United States of America (Major) that the foregoing is true and correct, in Propria Persona Proceeding Sui Juris with explicit reservation of all my unalienable rights executed on this u day of Jan 2018

FURTHER AFFIANT SAYETH NOT

By: Special Restricted Appearance
Neo ben Yisra El
Dba NEIL ANDRE BUTLER
*Butler Neil A*
All Rights Reserved
Without Prejudice
Without The US

## Jurat

State **FL**
County **Duval**



The use of notary below is for identification only, and such use does **not** grant any "jurisdiction" to anyone. On this **11** day of **January**, **2018**, before me, the undersigned, a Notary Public in and for **Duval County**, personally appeared the above-signed, who produced **FL/Drivers License** as identification.
Signature _____ My commission expires **Mar 30, 2020** Seal

Certificate of Service To:

W. STEPHEN MULDROW
Acting United States Attorney

MICHAEL J. COOLICAN
Assistant United States Attorney

FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division