# AFFIDAVIT OF NOTARY PRESENTMENT
# CERTIFICATION OF MAILING

On this $\underline{27}$ day of $\underline{July}$, 2017 for the purpose of verification I, Neo Ben Yisra El Dba NEIL ANDRE BUTLER©®™ appeared before the undersigned Notary Public with the following document(s) listed below and placed them in an envelope sealed and mailed by U.S.P.S. registered / certified mail return address to NEIL ANDRE BUTLER 4246 Julington Creek Rd Jacksonville, Florida [32223]

| Mailed To: | Registered Mail # |
|---|---|
| Mike Williams Dba Duval County Sheriff<br>Jacksonville Sheriff Office<br>501 E. Bay St Jacksonville, FL 32202 | RE 848 658 840 US |
| | Certified Mail # |
| Pam Bondi Dba Attorney General of Florida<br>Allen Winsor Dba Solicitor General<br>Office of Attorney General, State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 | 7015 3010 0001 1454 1375<br>7015 3010 0001 1454 1368 |
| Ken Detzner Dba Secretary of State<br>Secretary of State Government Office<br>500 S. Bronough St<br>Tallahassee, FL 32399 | 7015 3010 0001 1454 1351 |
| Rick Scott Dba Governor of Florida<br>Office of Governor Rick Scott<br>State of Florida<br>The Capitol<br>400 S. Monroe St<br>Tallahassee, FL 32399-0001 | 7015 3010 0001 1454 1344 |
| Dba CFO of Florida<br>Jimmy Patronis<br><br>Office of The Chief Financial Officer<br>Florida Dept Of Financial Services<br>200 E. Gaines St<br>Tallahassee, FL 32399-0301 | 7015 3010 0001 1454 1740 |



| Contents | Number of Pages |
|---|---|
| Affidavit of Notary Presentment | 2 |
| Notice of Estoppel and Stipulation of Constitutional Challenge to All Florida State Statutes | 4 |
| Exhibit A | 1 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, executed on this 21 day of July 2017

By: Neo Ben Yisra El
Dba NEIL ANDRE BUTLER Est
% 4246 Julington Creek Rd
Jacksonville, Florida
[32223]

Signed Butler Neil A.
Dated 27 July 2017
Without Prejudice
Without the United States

## Jurat

The use of notary below is for identification only, and such use does **not** grant any "jurisdiction" to anyone. On this 27 day of July , 2017, before me, the undersigned, a Notary Public in and for Duval County , personally appeared the above-signed, who produced Fl. DL B346 621 71-298 1 as identification.
Signature _____ My commission expires 3/30/2020 Seal



GREGORY CALIZAIRE
Notary Public - State of Florida
Commission #FF-977331
My Commission Expires
March 30, 2020

## Exhibit A

[UCC 1-308   is the remedy for any legal process under commercial law in the U.S.

UCC § 1-308. Performance or Acceptance Under Reservation of Rights.(a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient.

Since the Federal Corporation is just that, a corporation. It has no jurisdiction except with those that contract with it. Also see Congressional act of 1871 and USC Title 28, Part VI, chapter 176, sub chapter 176, subsection A, 3002

(15) "United States" means—(A) a Federal corporation;]



[F.S.S. 671.207   **Performance or acceptance under reservation of rights.—**

   (1)   A party who, with explicit reservation of rights, performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient.]



**1885 Florida Constitution Article 1 Section 21 The military shall in all cases and at all times be in strict subordination to the civil power.** Notice of Special Restricted Appearance; Neo Ben Yisra El Beneficial Owner & Entitlement Holder In Due Course of Butler, Neil Andre' Estate Dba NEIL ANDRE BUTLER©®™

RE 846 658 840 US

Butler, Neil Andre corp. sole
Dba NEIL ANDRE BUTLER
       V.
PUBLIC OFFICERS
Mike Williams Dba Duval County Sheriff
Pam Bondi Dba Attorney General of Florida
Allen Windsor Dba Solicitor General of Florida
Ken Detzner Dba Secretary of State of Florida
Rick Scott Dba Governor of Florida
Jeff Atwater Dba CFO of Florida

CASE NO. 16-2017-TR-039815-CIXX-MA
039816
039817

FINAL NOTICE
NOTICE OF MOTION AND
MOTION TO INTERVENE
WITH AN INJUNCTION

**NOTICE OF ESTOPPEL AND STIPULATION OF CONSTITUTIONAL CHALLENGE TO ALL FLORIDA STATE STATUTES WHERE NO GENERAL LAW AFFECTING PRIVATE RIGHTS SHALL BE VARIED IN ANY CASE BY SPECIAL LEGISLATION, EXCEPT WITH FREE CONSENT, IN WRITING OF ALL PERSONS TO BE AFFECTED THEREBY; AND MOTION TO INTERVENE WITH AN INJUNCTION FOR THE NAME NEIL ANDRE BUTLER.**

**TAKE FURTHER NOTICE TO 1885 Florida Constitution:**

Section 1. All men are equal before the law, and have certain inalienable rights, among which are those of enjoying and defending life and liberty, acquiring, possessing and protecting property, and pursuing happiness and obtaining safety.

Section 12. No person shall be subject to be twice put in jeopardy for the same offense, nor compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty or property without due process of law; nor shall private property be taken without just compensation.

Section 14. No person shall be compelled to pay costs except after conviction, on a final trial.

Section 17. No bill of attainder, *ex post facto* law, nor any law impairing the obligation of contracts, shall ever be passed.

Section 18. Foreigners shall have the same rights as to the ownership, inheritance and disposition of property in this State as citizens of the State.

Section 20. The right of the people to bear arms in defense of themselves and the lawful authority of the State, shall not be infringed, but the Legislature may prescribe the manner in which they may be borne.

Section 22. The right of the people to be secure in their persons, houses, papers and effects against unreasonable seizures and searches, shall not be violated, and no warrants issued but upon probable cause, supported by oath or affirmation, particularly describing the place or places to be searched, and the person or persons, and thing or things to be seized.

Section 24. This enunciation of rights shall not be construed to impair or deny others retained By the people.

Page 1 of 4

**1885 Florida Constitution Article 1 Section 21 The military shall in all cases and at all times be in strict subordination to the civil power.** Notice of Special Restricted Appearance; Neo Ben Yisra El Beneficial Owner & Entitlement Holder In Due Course of Butler, Neil Andre' Estate Dba NEIL ANDRE BUTLER©®™

RE 846 658 840 US

**TAKE NOTICE THAT** pursuant to Florida Constitution of 1885 ARTICLE 3

Section 20. The Legislature shall not pass special or local laws in any of the following enumerated cases: that is to say, regulating the jurisdiction and duties of any class of officers, except municipal officers, or for the punishment of crime or misdemeanor; regulating the practice of courts of justice, except municipal courts; providing for changing venue of civil and criminal cases; granting divorces; changing the names of persons; vacating roads; summoning and impaneling grand and petit juries, and providing for their compensation; for assessment and collection of taxes for State and county purposes; for opening and conducting elections for State and county officers, and for designating the places of voting; for the sale of real estate belonging to minors, estates of decedents, and of persons **laboring under legal disabilities**; regulating the fees of officers of the State and county; giving effect to informal or invalid deeds or wills; legitimizing children; providing for the adoption of children; relieving minors from legal disabilities; and for the establishment of ferries.

Section 21. In all cases enumerated in the preceding section all laws shall be general and of uniform operation throughout the State, but in all cases not enumerated or excepted in that section, the Legislature may pass special or local laws; *Provided,* That no local or special bill shall be passed, unless notice of the intention to apply therefor shall have been published in the locality where the matter or thing to be affected may be situated, which notice shall state the substance of the contemplated law, and shall be published at least sixty days prior to the introduction into the Legislature of such bill, and in the manner to be provided by law. The evidence that such notice has been published shall be established in the Legislature before such bill shall be passed.

**TAKE FURTHER NOTICE THAT** I, Neo Ben Yisra El Registered Owner Beneficial Entitlement Holder in Due Course of Butler, Neil Andre' corp. sole Dba NEIL ANDRE BUTLER©®™ DID NOT CONSENT FOR ME NOR MY PROPERTY, OR OFFSPRING TO BEING A 14th AMENDMENT CITIZEN OF THE U.S., OR STATE OF FLORIDA, OR ANY OTHER STATE IN WRITING. I WAS AN INFANT WHEN THE CONTRACT OF THE BIRTH CERTIFICATE WERE SIGNED AND SOCIAL SECURITY TRUST AND NUMBER WERE ISSUED IN RELATION TO THE ABOVE MENTIONED NAME, WHICH WOULD PUT ME UNDER LEGAL DISABILITY TO CONTRACT.

**TAKE FURTHER NOTICE THAT** I, Neo Ben Yisra El RESERVE MY RIGHT TO SUE YOU AND ALL YOUR AGENCY AND CONTRACTORS FOR USING MY NAME OR PERSONAL PROPERTY Butler, Neil Andre' corp. sole Dba  NEIL ANDRE BUTLER©®™ WITHOUT MY CONSENT.

**TAKE FURTHER NOTICE:** That the material facts given rise to the constitutional question are as follows:

1. Unalienable rights protected by 1885 Florida Constitution Declaration of Rights, right to travel in my private capacity have been violated in the past.

given rise to the constitutional questions are as follows:

Unalienable rights protected by the 1885 Florida Constitution Declaration of Rights, right to travel in my private capacity have been violated in the past.

2. Unalienable rights were violated protected by 1885 Florida Constitution Declaration of Rights, Section 20. The right of the people to bear arms in defense of themselves and the lawful authority of the State, shall not be infringed, but the Legislature may prescribe the manner in which they may be borne, were violated in the past.

3. Unalienable rights were violated protected by 1885 Florida Constitution Declaration of Rights, Section 22. The right of the people to be secure in their persons, houses, papers and effects against unreasonable seizures and searches, shall not be violated, and no warrants issued but upon probable cause, supported by oath or affirmation, particularly describing the place or places to be searched, and the person or persons, and thing or things to be seized have been violated in the past.

Page 2 of 4

**1885 Florida Constitution Article 1 Section 21 The military shall in all cases and at all times be in strict subordination to the civil power. Notice of Special Restricted Appearance; Neo Ben Yisra El Beneficial Owner & Entitlement Holder In Due Course of Butler, Neil Andre' Estate Dba NEIL ANDRE BUTLER©®™**

RE 846 658 840 US

TAKE FURTHER NOTICE THAT I, Neo Ben Yisra El Registered Owner, Beneficial Entitlement Holder in Due Course, of Butler, Neil Andre' corp. sole Dba NEIL ANDRE BUTLER©®™ DEMAND FOR YOU TO PUT THE NAME **NEIL ANDRE BUTLER** on the **DO NOT STOP, DO NOT DETAIN, DO NOT QUESTION LIST** for Florida. I RESERVE ALL MY RIGHTS PROTECTED BY ABOVE SAID Florida State Constitution **AND DO NOT WAIVE ANY PART OF MY RIGHTS, I ACCEPT YOUR OATH TO IT AND DEMAND THAT YOU ABIDE BY IT.** Conspiracy against rights Violation compensation is $250,000 per person or $500,000 in silver coin per organization per incident or per 15 minutes or any part thereof, which this is your contract where you agree to pay this amount to me Neo Ben Yisra El in the name NEIL ANDRE BUTLER FOR TRESPASS of my *Inalienable rights, protected by 1885 Florida* Constitution.

TAKE FURTHER NOTICE TO: That I, Neo Ben Yisra El Dba NEIL ANDRE BUTLER©®™ at any given time am known to travel in my private capacity in registered vehicles as follows and  DEMAND that you put the following license plate/ numbers on the **DO NOT STOP, DO NOT QUESTION, DO NOT DETAIN LIST** for Florida.

    

## AFFIDAVIT

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I affirm that I am competent to make this Affidavit. I hereby affix my own signature to all of the affirmations in this entire document with explicit reservation of all my inalienable rights and my specific right not to be bound by any "contract" or "obligation" which I have not entered into knowingly, voluntarily, intentionally, and without misrepresentation, threat, duress, or coercion.

**THIS IS A SELF EXECUTING CONTRACT, YOUR FAILURE TO ANSWER AND REBUT THIS AFFIDAVIT IS ACQUIESCENCE, AND YOU HAVE 14 DAYS TO ANSWER, THEN THIS CONTRACT IS LAW.**



By: Neo Ben Yisra El
Dba NEIL ANDRE' BUTLER©®™
℅ 4246 Julington Creek Rd
Jacksonville, Florida
[322231]



By: Neo Ben Yisra El
Dba NEIL ANDRE' BUTLER©®™
℅ 4246 Julington Creek Rd
Jacksonville, Florida
[32223]

Signed _Butler, Neil A._ .
Dated _27 July 2017_
Without Prejudice Without the US

### Jurat

The use of notary below is for identification only, and such use does **not** grant any "jurisdiction" to anyone. On this _____ day of _July_, _2017_, before me, the undersigned, a Notary Public in and for _Duval County_, personally appeared the above-signed, who produced _FI. DL. B346 621 81 298 1_ as identification.

Signature _____  My commission expires _3/30/2020_ Seal

Page 3 of 4

**1885 Florida Constitution Article 1 Section 21 The military shall in all cases and at all times be in strict subordination to the civil power.** Notice of Special Restricted Appearance; Neo Ben Yisra El Beneficial Owner & Entitlement Holder In Due Course of Butler, Neil Andre' Estate Dba NEIL ANDRE BUTLER©®™

RE 846 658 840 US

## CERTIFICATE OF SERVICE

I, Neo Ben Yisra El, Beneficial Owner Entitlement Holder in Due course of Butler, Neil Andre' corp. sole Dba. NEIL ANDRE BUTLER©®™, certify that I have this day served all the public officers listed within this Notice of Estoppel and stipulation of Constitutional Challenge to ALL FLORIDA STATE STATUTES etc: by the U.S.P.S. This _21_ day of _July_, 2017

Mailed To:
Mike Williams Dba Duval County Sheriff
Jacksonville Sheriff's Office
501 E. Bay St Jacksonville, FL 32202

Pam Bondi Dba Attorney General of Florida
Allen Winsor Dba Solicitor General
Office of Attorney General, State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Ken Detzner Dba Secretary of State
Secretary of State Government Office
500 S Bronough St
Tallahassee, FL 32399

Rick Scott Dba Governor of Florida
Office of Governor Rick Scott
State of Florida
The Capitol
400 S. Monroe St
Tallahassee, FL 32399-0001

_Jimmy Patronis_ Dba CFO of Florida
Office of The Chief Financial Officer
Florida Dept. of Financial Services
200 E. Gaines St
Tallahassee, FL 32399-0301



**Page 4 of 4**

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Illinois, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this third day of November, 2014.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

Secretary of State

By_____

Assistant Authentication Officer,
Department of State



**State of Illinois**
**Executive Department**

UNITED STATES OF AMERICA )
                          ) SS
STATE OF ILLINOIS            )

### CERTIFICATE OF INCUMBENCY

I, JESSE WHITE, Secretary of State of the State of Illinois, certify that

DAVID ORR

Who signed the foregoing, was at the time of signing same COOK COUNTY CLERK in the

State of Illinois duly commissioned and qualified to that office and that full faith and credit

are due the official attestations.

IN TESTIMONY WHEREOF, I hereto

set my hand and cause to be affixed

the Great Seal of the State of Illinois.

Done at the City of Springfield,

OCTOBER 16, 2014



_____
Secretary of State
State of Illinois

# CERTIFICATION OF VITAL RECORDS

STATE OF ILLINOIS)
County of Cook)

DAVID ORR, County Clerk

AUGUST 6, 2014

I, David Orr, County Clerk of the County of Cook, in the State aforesaid, and Keeper of the Records and Files of said County do herby certify that the attached is the true and correct copy of the original Record on file, all of which appears from the records and files in my office.
IN WITNESS THEREOF, I have hereunto set my hand and affixed the Seal of the County of Cook, at my office in the City of Chicago, in said County.

---

MATCHING NO.

REGISTRATION DISTRICT NO. 16.10

REGISTERED NUMBER

**STATE OF ILLINOIS**
**CERTIFICATE OF LIVE BIRTH**

CHILD'S BIRTH NUMBER
112-71 642298

| CHILD — NAME | FIRST | MIDDLE | LAST | DATE OF BIRTH (MONTH, DAY, YEAR) | HOUR |
|---|---|---|---|---|---|
| | Neil | Andre | Butler | 2a. August 18, 1971 | 2b. 5:20 A.M. |

| SEX | THIS BIRTH—SINGLE, TWIN, TRIPLET, ETC. (SPECIFY) | IF NOT SINGLE BIRTH—BORN FIRST, SECOND, THIRD, ETC. SPECIFY | PLACE OF BIRTH | COUNTY |
|---|---|---|---|---|
| 3. Male | 4a. Single | | 5a. | Cook |

| CITY, TOWN, TWP. OR ROAD DISTRICT NO. | INSIDE CITY (YES/NO) | HOSPITAL—NAME | IF NOT IN HOSPITAL, GIVE STREET AND NUMBER |
|---|---|---|---|
| 5b. Chicago | 5c. Yes | 5d. Cook County Hospital Wd. 50 | |

| MOTHER—MAIDEN NAME | FIRST | MIDDLE | LAST | AGE (AT TIME OF THIS BIRTH) | BIRTHPLACE (STATE OR FOREIGN COUNTRY) |
|---|---|---|---|---|---|
| 6a. | Christine | | Butler | 6b. 22 | 6c. Michigan |

| RESIDENCE STATE | COUNTY | CITY, TOWN, TWP. OR ROAD DISTRICT NO. | INSIDE CITY (YES/NO) | STREET AND NUMBER |
|---|---|---|---|---|
| 7a. Illinois | 7b. Cook | 7c. Argo | 7d. Yes | 7e. 7245 W. 63rd Place. |

| MOTHER'S COMPLETE MAILING ADDRESS | STREET AND NUMBER OR R.F.D. | CITY OR TOWN | STATE | ZIP |
|---|---|---|---|---|
| 7f. | 7245 W. 63rd Place | Argo | Illinois | 60501 |

| FATHER—NAME | FIRST | MIDDLE | LAST | AGE (AT TIME OF THIS BIRTH) | BIRTHPLACE (STATE OR FOREIGN COUNTRY) |
|---|---|---|---|---|---|
| 8a. | | | | 8b. 23 | 8c. |

| INFORMANT'S SIGNATURE | RELATION TO CHILD |
|---|---|
| 9a. ▶ *Christine Butler* | 9b. Mother |

| I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE. | DATE SIGNED (MONTH, DAY, YEAR) | ATTENDANT—M.D., D.O., MIDWIFE, OTHER (SPECIFY) |
|---|---|---|
| SIGNATURE | 10b. August 18, 1971 | 10c. M.D. |
| 10a. ▶ *Thomas J Hartman* | ILLINOIS LICENSE NUMBER 10d. 36-43307 | |

| CERTIFIER'S COMPLETE MAILING ADDRESS | STREET AND NUMBER OR R.F.D. | CITY OR TOWN | STATE | ZIP |
|---|---|---|---|---|
| 10e. | 1835 W. Harrison | Chicago | Illinois | 60612 |

| LOCAL REGISTRAR'S SIGNATURE | | DATE REC'D BY LOCAL REGISTRAR (MONTH, DAY, YEAR) |
|---|---|---|
| 11a. ▶ *Henry C. Brown, M.D.* | CHICAGO BOARD OF HEALTH Chicago Civic Center, Room 105 Concourse Level, Chicago 60602 11b. | AUG 23 1971 |

VR 100—11969rd

ILLINOIS DEPARTMENT OF PUBLIC HEALTH — BUREAU OF VITAL RECORDS

(BASED ON 1968 U.S. STANDARD CERTIFICATE)

3244099



County of Cook
State of Illinois

**Office of County Clerk**
**David Orr**



*David Orr*
DAVID ORR    COUNTY CLERK

This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature.

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**

## <u>Affidavit of Ownership of Certificate of Title & Registered Securities</u>
### <u>Registered No.112-71-642298</u>
### Equality is Paramount and Mandatory by Law

LET IT BE KNOWN TO ALL, this is a legal correspondence, the statements herein are being made under penalty of perjury under the laws of the United States of America and with firsthand knowledge by a natural person Neo Ben Yisra El, Dba NEIL ANDRE BUTLER Est.

**Affiant:** Neo Ben Yisra El (hereafter Registered Owner), depose and say that I am the Registered Owner of record and holder of the Certificated Security and/ or Bond No. 112-71-642298 whose name also appears on the face of the instrument as Neil Andre' Butler (Trust/ Estate) by reference to the official Certificate of Live Birth (Title), recorded and file dated August 23, 1971 in the office of Cook County Clerk Illinois State as the same appears to be held for safe keeping by State Registrar of Titles. Said Certificate is a valid Trust Instrument and further describes the same property that is an active Trust/Estate conveyed unto Affiant (Registered Owner) as set forth in above Certificate of Title  and all financial assets, accounts, registered securities, entitlements, real and other personal property that is associated with said Trust/Estate (whether now owned or hereafter acquired), further described in the UCC Financing Statement and Addendum File No. 22475878 Claim of Lien. Affiant (Registered Owner) is the one legally entitled and duly authorized to act, appoint, assign, convey and/or execute said Trust/Estate, no other parties are allowed without consent from Entitlement Holder/ Registered Owner.

**[And it so ordered]**

Further Affiant sayeth naught: In witness whereof said Affiant (Registered Owner) has here unto set his seal and signature to this ⸱25⸱ day of  Mune, 2017

By: Neo Ben Yisra El
Dba NEIL ANDRE' BUTLER Est.
℅ 4246 Julington Creek Rd.
Jacksonville, Fl
[32223]

**Registered Owner Entitlement Holder**

Signed: _Butler, Neil A._
All Rights Reserved
Without the US

Witness sign _____
And print _____

Witness sign _Aug_____ _fory_
And print _Saqirtin Foy_

## <u>Certificate Of Acknowledgement</u>

County _Duval_
State _Florida_

**Certificate Of Acknowledgement**

County _Duval_

State _Florida_

On this date the men and or women named above personally appeared before me and acknowledge that this instrument attached hereto was signed as a free and voluntary act and deed for the use and purposes stated there in

Signature _Amay u (...)_ Notary Public. My commission expires _3/30/2020_ Seal

*Recording As Deed oF Trust*

Doc # 2017245345, OR BK 18165 Page 1325,
Number Pages: 2
Recorded 10/27/2017 02:59 PM,
RONNIE FUSSELL CLERK CIRCUIT COURT DUVAL
COUNTY
RECORDING  $18.50

RECEIVED

IL SECRETARY OF STATE
UNIFORM COMMERCIAL CODE

06/17/17     14:59
$20.00     Electronic

## UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS**

**22475878**                                    FS

| A. NAME & PHONE OF CONTACT AT FILER (optional) | |
|---|---|
| Neo Ben Yisra El | 904-412-4557 |

**B. E-MAIL CONTACT AT FILER (optional)**
neobutler999@gmail.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

IRS

1111 Constitution Ave., NW

Washington, DC, 20224

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME**: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC 1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| BUTLER | NEIL | ANDRE | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 118 N Clark St. | CHICAGO | IL | 60602 | USA |

**2. DEBTOR'S NAME**: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC 1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Butler | Neil | Andre | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 6401 Security Blvd | Baltimore | MD | 21235 | USA |

**3. SECURED PARTY'S NAME**  (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Yisra El | Neo | Ben | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o 2266 Pocosin Ct. | Jacksonville | FL | [32246] | USA |

**4. COLLATERAL**: This financing statement covers the following collateral:
This is the entry of collateral on behalf of the Creditor/Principal; Neo Ben Yisra El Family Trust and of the Debtor; NEIL ANDRE BUTLER in the Commercial Chamber under necessity and the following property is hereby registered in the same: All Certificates of Birth Document #112 -XXXX2298 as herefiled and claimed at a sum certain $100,000,000.00, FLORIDA Driver License #BXXXXXXXXX298-1, SSN prepaid account XXXXXXX Exemption-Identification Number XXXXX5939, Security Agreement No. 300916-NBY, Power of Attorney No. 300916-NBY, Copyright Notice No. 300916-NBY, Hold Harmless & Indemnity Agreement # 300916-NBY. Said registration is to secure the rights, title(s) and interest in and of the Root of Title, and the Birth Certificate #112-XXXX2298 as received by the ILLINOIS DEPARTMENT OF HEALTH AND WELFARE (Division of Vital Statistics), DNA, retina scans, fingerprints and all Debentures, Indentures, Accounts, and all the Pledges represented by same included but not limited to the pignus, hypotheca, hereditaments, res, the energy and all products derived therefrom, nunc pro tunc, but not limited to all capitalized names: NEIL ANDRE BUTLER, BUTLER, NEIL ANDRE, N. A. B. , or any derivatives thereof as used in commerce, and all contracts, agreements, and signatures and/or endorsements, facsimiles, printed, typed or photocopied of owner's name predicated on the 'Straw-man,' Ens legis/Trust described as the debtor and all property is accepted for value and is Exempt from levy.

**5.** Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and instructions)  ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☑ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien  ☑ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

**FILING OFFICE COPY – UCC FINANCING STATEMENT (Form UCC1)  (Rev. 04/20/11)**

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

RECEIVED

IL SECRETARY OF STATE
UNIFORM COMMERCIAL CODE

06/17/17      14:59

$20.00    Electronic

**22475878**                    **FS**

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

OR

9b. INDIVIDUAL'S SURNAME

BUTLER

FIRST PERSONAL NAME

NEIL

ADDITIONAL NAME(S)/INITIAL(S)     SUFFIX

ANDRE

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (form UCC1) (use exact, full name; do not omit, modify, or abbreviate and part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)     SUFFIX

10c. MAILING ADDRESS     CITY     STATE     POSTAL CODE     COUNTRY

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME:  Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

11b. INDIVIDUAL'S SURNAME     FIRST PERSONAL NAME     ADDITIONAL NAME(S)/INITIAL(S)   SUFFIX

11c. MAILING ADDRESS     CITY     STATE     POSTAL CODE     COUNTRY

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
Record owner is not the guarantor or surety to any other account by explicit reservation. Adjustment of this filing is from Public Policy HJR-192 of June 5, 1933 and UCC 1-104 and 10-104. All proceeds, products, accounts, baggage and fixtures and the Orders therefrom are to be released to the Secured Party as the authorized representative of the debtor. Debtor is a commercial transmitting utility and is a trust.

**13.** ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14. This FINANCING STATEMENT:**
☐ covers timber to be cut     ☐ covers as-extracted collateral     ☑ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16. Description of real estate:**

**17. MISCELLANEOUS:**

FILING OFFICE COPY - UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad)  (Rev. 04/20/11)

FINANCIAL NEWS &
# Daily Record

**PROOF OF PUBLICATION**

(Published Daily Except Saturday and Sunday)

Jacksonville, Duval County, Florida

STATE OF FLORIDA, } SS:

COUNTY OF DUVAL,

Before the undersigned authority personally appeared James F. Bailey, Jr., who on oath says that he is the Publisher of FINANCIAL NEWS and DAILY RECORD, a daily (except Saturday and Sunday) newspaper published at Jacksonville, in Duval County, Florida; that the attached copy of advertisement, being a

### Notice Under Fictitious Name Law

in the matter of    Neil Andre' Butler

Court, of Duval County, Florida, was published

in the    Circuit

in said newspaper in the issues of    December 30, 2014

Affiant further says that the said FINANCIAL NEWS and DAILY RECORD is a newspaper at Jacksonville, in said Duval County, Florida, and that the said newspaper has heretofore been continuously published in said Duval County, Florida, each day (except Saturday and Sunday) and has been entered as periodicals matter at the post office in Jacksonville, in said Duval County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in said newspaper.

Publisher

Sworn to and subscribed before me this day of   December 30, 2014

_Angela Campbell_
Notary Signature

Angela Campbell
Notary Public
EE871981

ANGELA CAMPBELL
Notary Public, State of Florida
My _____ ___, 2017
Comm. _____ No. EE871981

seal    James F. Bailey, Jr. personally known to me

**NOTICE UNDER
FICTITIOUS NAME LAW**
According to Florida Statute 865.09
NOTICE IS HEREBY GIVEN that the undersigned, desiring to engage in business under the Fictitious Name of NEIL ANDRE' BUTLER located at 7707 Merrill Road, in the City of Jacksonville, Duval County, Florida 32277 intends to register the said name with the Division of Corporations of the Department of State, Tallahassee, Florida.
Dated at Jacksonville, Florida, this 26th day of December, 2014.
BUTLER, NEIL ANDRE,
Dec. 30                    00(14-14412)

FINANCIAL NEWS &

# Daily Record

## PROOF OF PUBLICATION

(Published Daily Except Saturday and Sunday)

Jacksonville, Duval County, Florida

STATE OF FLORIDA, }

COUNTY OF DUVAL, } SS:

    Before the undersigned authority personally appeared James F. Bailey, Jr., who on oath says that he is the Publisher of FINANCIAL NEWS and DAILY RECORD, a daily (except Saturday and Sunday) newspaper published at Jacksonville, in Duval County, Florida; that the attached copy of advertisement, being a

    Notice Under Fictitious Name Law

in the matter of ...Neil Andre' Butler

                    Court, of Duval County, Florida, was published

in the

in said newspaper in the issues of    February 2, 2015

    Affiant further says that the said FINANCIAL NEWS and DAILY RECORD is a newspaper at Jacksonville, in said Duval County, Florida, and that the said newspaper has heretofore been continuously published in said Duval County, Florida, each day (except Saturday and Sunday) and has been entered as periodicals matter at the post office in Jacksonville, in said Duval County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in said newspaper.

Publisher

Sworn to and subscribed before me this day of    February 2, 2015

ANGELA CAMPBELL
Notary Public, State of Florida
My Comm. Expires April 10, 2017
Commission No. EE 871081

*Angela Campbell*
Notary Signature

Angela Campbell
Notary Public
EE871981

seal      James F. Bailey, Jr. personally known to me

---

**NOTICE UNDER
FICTITIOUS NAME LAW**
*According to Florida Statute 865.09*
  NOTICE IS HEREBY GIVEN that the undersigned, desiring to engage in business under the Fictitious Name of **NEIL ANDRE' BUTLER** located at **7707 Merril Rd. #11982**, in the City of **Jacksonville, Duval County, Florida 32239** intends to register the said name with the Division of Corporations of the Department of State, Tallahassee, Florida.
  Dated at Jacksonville, Florida, this 28th day of January, 2015.
     **NEO BEN ISRAEL**
Feb. 2           00(15-1686)

X

**IRS** **DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**CINCINNATI  OH   45999-0023**

001303.583593.29933.23473 1 MB 0.439 530
[barcode graphic]

NEO BEN   YISRAEL TR
% NEO BEN YISRAEL TTEE
7707 MERRILL RD NO 11982
JACKSONVILLE  FL    32239

303

**Date of this notice:   07-30-2015**

**Employer Identification Number:**
**98-6079206**

**Form:  SS-4**

**Number of this notice:   CP 575 B**

**For assistance you may call us at:**
**1-800-829-4933**

**IF YOU WRITE, ATTACH THE**
**STUB OF THIS NOTICE.**


## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you EIN 98-6079206.  This EIN will identify your estate or trust.  If you are not the applicant, please contact the individual who is handling the estate or trust for you. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN.  If the information is not correct as shown above, please make the correction using the attached tear-off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

               Form 1041                              04/15/2016

If you have questions about the form(s) or the due dates(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, Accounting Periods and Methods.

We assigned you a tax classification based on information obtained from you or your representative.  It is not a legal determination of your tax classification and is not binding on the IRS.  If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note: Certain tax classification elections can be requested by filing Form 8832, Entity Classification Election.  See Form 8832 and its instructions for additional information.

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

REGISTRATION# G15000076765

**Fictitious Name to be Registered:** NEIL ANDRE BUTLER

**Mailing Address of Business:**     PO BOX 11982
                                      JACKSONVILLE, FL  32239

**Florida County of Principal Place of Business:** DUVAL

**FEI Number:** 47-7176067

**Owner(s) of Fictitious Name:**

YISRAEL, NEO B
PO BOX 11982
JACKSONVILLE, FL  32239

**FILED**
**Jul 23, 2015**
**Secretary of State**

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located.  I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

NEO BEN YISRAEL                                                    07/23/2015
Electronic Signature(s)                                           Date

Certificate of Status Requested ( )          Certified Copy Requested (X)