# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.  Case No. 3:17-cr-186-J-39JRK

**NEIL ANDRE BUTLER**
a/k/a "Prince Heru Amen el Bey";
"Neo Ben Israel"

_____

## O R D E R

This cause is before the Court on the "Affidavit of Rebuttal" (Doc. No. 33; "Affidavit"), filed by Defendant pro se on January 17, 2018. The Affidavit fails to comply with this Court's Local Rule that prohibits parties from filing documents on their own behalf when they are represented by counsel. See Rule 2.03(d), Local Rules, Middle District of Florida. Accordingly, it is

**ORDERED**:

The "Affidavit of Rebuttal" (Doc. No. 33) is **STRICKEN**; the electronic image shall remain on the docket. The Clerk is directed to return the filing to Defendant with a copy of this Order.

**DONE AND ORDERED** at Jacksonville, Florida on January 18, 2018.

*[signature]*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:
Asst. United States Attorney (Coolican)
Darcy D. Galnor, Esquire
Defendant Neil Andre Butler (w/Affidavit)