UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:17-cr-186-J-39JRK

NEIL ANDRE BUTLER
a/k/a "Prince Heru Amen el Bey"
a/k/a "Neo Ben Israel"

**UNITED STATES' MOTION FOR**
**MENTAL EXAMINATION FOR COMPETENCY**

The United States of America requests that this Court to order the defendant, Neil Andre Butler, to submit to an examination, and thereafter convene a hearing, to determine the defendant's competency, that is, the extent to which he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense, pursuant to 18 U.S.C. §§ 4241 and 4247.  The United States seeks such relief in light of the defendant's conduct and demeanor in court.

The U.S. Attorney's Office has conferred with counsel for the defendant, Darcy Galnor, Esquire, who does not oppose this motion or the employment of Jason A. Demery, Ph.D. for the requested examination.

WHEREFORE, the United States requests that the Court order the defendant to submit to an examination to determine his competency to stand trial.

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney


By: /s/ Michael J. Coolican
    MICHAEL J. COOLICAN
    Assistant United States Attorney
    USA No. 156
    300 N. Hogan Street, Suite 700
    Jacksonville, Florida 32202
    Telephone: (904) 301-6300
    Facsimile: (904) 301-6310
    E-mail:Michael.Coolican@usdoj.gov

**U.S. v. NEIL ANDRE BUTLER**         **Case No. 3:17-cr-186-J-39JRK**

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Darcy Galnor, Esq.

/s/ Michael J. Coolican
MICHAEL J. COOLICAN
Assistant United States Attorney