**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

vs.  **Case No. 3:17-cr-186-J-39JRK**

**NEIL ANDRE BUTLER
a/k/a "Prince Heru Amen el Bey";
"Neo Ben Israel"**

### ORDER REVOKING DEFENDANT'S BOND AND VACATING ORDER SETTING CONDITIONS OF RELEASE

This cause came before the Court on January 18, 2018, for a show cause hearing as to why Defendant's bond should not be revoked or modified in light of the Petition for Action on Conditions of Release ("Petition"), dated January 12, 2018, alleging that he violated a condition of his pretrial release. Defendant was advised of the alleged violation. Defendant denied the alleged violation. All affected parties were present. The Government requested that Defendant's bond be revoked.

The Government presented the testimony of Pretrial Services Officer James Haskett and Lab Technician Terrence Washington. Defendant addressed the Court. The Court also heard argument of counsel.

Upon consideration of the parties' respective arguments, the undersigned determined that Defendant's bond should be revoked and that he should be remanded to the United States Marshal to await further proceedings in this matter. For the reasons stated on the record in open court, it is

**ORDERED**:

1. The Government's Oral Motion to Revoke Bond is **GRANTED.**

2. The previously entered Order Setting Conditions of Release (Doc. No. 9), filed on October 12, 2017, is **VACATED.**

3. Defendant's bond is **REVOKED** and Defendant is remanded to the custody of the United States Marshal to await further proceedings.

**DONE AND ORDERED** at Jacksonville, Florida on January 19, 2018.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

mdc
Copies to:
Asst. United States Attorney (Coolican)
Darcy D. Galnor, Esquire
U.S. Marshals Service
U.S. Pretrial Services
Defendant (via U.S. Marshal)