FILED IN OPEN COURT

2-22-2018

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA.

v.                                    CASE NO. 3:17-cr-186-J-39JRK

NEIL ANDRE BUTLER

## STIPULATION REGARDING COMPETENCY

The United States of America, by and through the undersigned Assistant United States Attorney, the defendant, NEIL ANDRE BUTLER, and counsel for the defendant, Darcy D. Galnor, Esq., stipulate and agree as follows:

1.   That in lieu of testimony concerning the defendant's competency, the Court may receive and consider as evidence a report of neuropsychological examination of the defendant, dated February 13, 2018 and prepared by Jason A. Demery, Ph.D., an expert in the field of psychology; and

2.   That neither the United States nor the defendant will present any evidence other than Dr. Demery's report on the issue of defendant's

competency to stand trial in this case, and the Court may enter any such Order as it deems appropriate, without need for further hearing.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: /s/ Michael J. Coolican

MICHAEL J. COOLICAN
Assistant United States Attorney
USA No. 156
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone No. (904) 301-6300
Facsimile No. (904) 301-6310
Email: michael.coolican@usdoj.gov

Date:  February 22, 2018

/s/ Neil A. Butler
NEIL ANDRE BUTLER
Defendant

/s/ Darcy D. Galnor
DARCY D. GALNOR, Esq.
Counsel for Defendant