# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-   Case No. 3:17-cr-186-J-39JRK

**NEIL ANDRE BUTLER**   Defense Atty.: Darcy D. Galnor, Esquire
    a/k/a "Prince Heru Amen el Bey";   AUSA: Laura Cofer Taylor, Esquire for
    "Neo Ben Israel"   Michael Coolican, Esquire

| JUDGE | James R. Klindt<br>U. S. Magistrate Judge | DATE AND TIME | 4/27/2018<br>10:33 a.m. - 11:11 a.m.<br>10:33 a.m. - 11:08 a.m.<br>(In camera portion) |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Digital |
| INTERPRETER | None Present | PRETRIAL/PROBATION | None Present |

## CLERK'S MINUTES

**PROCEEDINGS:**   **STATUS RE REPRESENTATION**

Defendant present.

Discussion held regarding the role of stand-by counsel.

In camera ex parte portion of the hearing held 10:34 a.m. - 11:08 a.m.