UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.3:17-cr-00186-BJD-JRK |
| V. | AFFIDAVIT OF REBUTTAL |
| NEIL ANDRE BUTLER | |

## AFFIDAVIT OF REBUTTAL

I, Affiant Neo Ben Yisra El, beneficiary, a natural person in propria personam, entitlement holder of Butler, Neil Andre' Estate Dba NEIL ANDRE BUTLER®™ make these statements under penalty of perjury under the laws of the united States of America (Major).

1. I, Affiant <u>deny</u> that on October 3, 2016, in the Middle District of Florida I did with intent to defraud, pass, utter, present, offer, broker possess or attempt to cause the same, within the United States (Minor), a false and fictitious instrument, document, and other item, to wit: checks purportedly payable by the U.S. Treasury.

    (a) Count One in the amount of $11,613.32

    (b) Count Two in the amount of $83,764.01

    (c) Count Three in the amount of $106,120.73

    (d) Count Four in the amount of $51,037.78

Appearing, representing, purporting, and contriving through scheme and artifice to be an actual security and other financial instrument issued under the authority of the United States(Minor) and a political subdivision of the United

States(Minor) in violation of [18 U.S.C. §514(a)(2)].

2. No evidence of an injured or property damage.

3. No evidence of an accuser.

4. The accusations of a crime, made by Plaintiff, are false allegations.

5. A crime may not legally exist without substance, and I have not, at any time given my consent to be the surety for a contract obligation, brought forward by Plaintiff, a corporate fiction, who does not have proper standing.

   a. [Supreme courts ruled "Without Corpus delicti there can be no crime""In every prosecution for crime it is necessary to establish the "corpus delicti", i.e., the body or elements of the crime." People v. Lopez, 62 Ca.Rptr. 47, 254 C.A.2d 185.]

6. The basic principles of law require that for a crime to exist, there must exist a proper accuser, an injured party, and/or damage to property.

   a. ["As a general principle, standing to invoke the judicial process requires an actual justiciable controversy as to which the complainant has a real interest in the ultimate adjudication because he or she has either suffered or is about to suffer an injury." People v. Superior Court, 126 Cal.Rptr.2d 793.]

7. The Plaintiff does not represent an injured party, nor does the Plaintiff represent a living Man, with rights to pursue a criminal accusation. The Plaintiff is a fiction, this is a misrepresentation. There is no substance in fiction, as it only exists in the mind of men.

8. The Plaintiff, a legal fiction, lacks proper standing to bring a criminal complaint against any Man, because a fiction is corporate and a Man is living, which violates the legal principle of standing, defining whether or not the party may even bring the alleged complaint.

9. ["Persons dealing with the government are charged with knowing government statutes and regulations, and they assume the risk that government agents may exceed their authority and provide misinformation." Ninth Circuit Court of Appeals, Lavin vs Marsh, 644 f.2D 1378, (1981)]

10. The agents of the Plaintiff bringing a false claim, have full knowledge that reliance on the undisclosed information, would result in the Man being mislead into making a plea, which would otherwise be technically incorrect, void ab initio.

   a. ["For a crime to exist, there must be an injured party. A crime in law requires a corpus delicti and a corporation cannot be the body of the crime or an injured party. "There can be no sanction or penalty imposed on one because of this exercise of Constitutional rights." Sheer v. Cullen, 481 F. 945.]

   b. UNITED STATES OF AMERICA (Minor) INC. is a Domestic Religious Nonprofit Corporation file #2193946 STATE OF DELAWARE File date: 04/19/1989

   c. UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION: Dunn's & Bradstreet # 612-131-987

   d. US ATTORNEY'S OFFICE EXECUTIVE OFFICE Dunn & Bradstreet # 079-958-214

An unrebutted affidavit is presumed to be true and Respondent(s) is/are required to timely respond to and to rebut the truths expressed in each paragraph, categorically and on a point for point basis with an is signed and sworn to on respondent's commercial liability and by a third party public witness, e.g. notary public, or other person qualified to attest to foreign bills or the matters expressed in this affidavit that rebuts this affidavit, or the truths expressed in this affidavit shall constitute final truth and commercial judgment.

I Affiant, Neo Ben Yisra El declare under penalty of perjury under the laws of the United States of America (Major) that the foregoing is true and correct, in Propria Persona Proceeding Sui Juris with explicit reservation of all my unalienable rights executed on this ⁹ day of May 2018

FURTHER AFFIANT SAYETH NOT

By: Special Restricted Appearance
Neo Ben Yisra El Beneficiary of
Butler Neil Andre' Estate
Dba NEIL ANDRE BUTLER®™
_____
All Rights Reserved
Without Prejudice
Without The US

**Jurat**

State Florida
County Duval

The use of notary below is for identification only, and such use does **not** grant any "jurisdiction" to anyone. On this ⁹ day of May, 2018 before me, the undersigned, a Notary Public in and for Duval County, personally appeared the above-signed, who produced Drivers License as identification.
Signature _____ My commission expires 3-30-2020 Seal

GREGORY CALIZAIRE
Notary Public - State of Florida
Commission #FF-977331
My Commission Expires
March 30, 2020

Certificate of Service To:

MICHAEL J. COOLICAN
Assistant United States Attorney