| Form COL | **Violation Warning** **Denial of Rights Under Color of Law** Violation Warning-- 18 U.S.C. §242; 18 U.S.C. §245 U.S.C. §1983 | |

Neo Ben Yisra El
DBA NEIL ANDRE BUTLER
℅ 4246 Julington Creek RD
Jacksonville, Florida
[32223]

To: Elizabeth Warren
DBA US CLERK OF COURT
Micheal J. Coolican
DBA ASST. US ATTORNEY

James R, Klindt
DBA US MAGISTRATE JUDGE
300 N Hogan Street
Jacksonville, Florida 32202

I waive the benefit of the Public Trust, and explicitly reserve all my inalienable rights and my specific right not to be bound by any "contract" or "obligation" which I have not entered into knowingly, voluntarily, intentionally, with free consent and without misrepresentation, threat, duress, or coercion. Furthermore, I do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement.

Signature _Butler, Neil A._ Date _9 May 2018_

## Legal Notice and Warning

Federal law provides that it is a crime to violate the Constitutional Rights of a citizen under the Color of Law. You can be arrested for this crime and you can also be held personally liable for civil damages. Attempting to coerce or deceive a citizen to surrender his Constitutional Rights is a Federal Crime. Federal Courts have found that your ignorance of the law is no excuse.

**[18 USC §242]** provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States shall be fined under this title or imprisoned not more than one year, or both, and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

**[18 USC §245]** provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity, provided or administered by the United States; shall be fined under this title, [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both, and if death results or if such acts include kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or attempt to kill, shall be subject to imprisonment for any term of years or life or may be sentenced to death.

**[42 USC §1983]** provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning,** you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages. Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

You are advised to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

Notice of Service:
I, _Butler, Neil A._ certify that I presented this notice to above named recipient on the _9_ day of _may_, _2018_

Public Domain-- Privacy Form COL(02) Amended
Without the United States