UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:17-cr-186-J-39JRK

NEIL ANDRE BUTLER
 aka "Prince Heru Amen el Bey"
 aka "Neo Ben Israel"

**UNITED STATES' NOTICE OF INTENT TO INTRODUCE
EVIDENCE OF UNCHARGED CONDUCT**

The United States of America notifies this Honorable Court, the defendant, and standby counsel that it intends to introduce evidence of other acts that the defendant committed, but that are not alleged in the Indictment. Specifically, the United States intends to introduce evidence concerning the defendant's familiarity with monetary and financial systems, including bank records and marketing materials for a finance seminar that he offer to the public.  This evidence is relevant to, among other things, the defendant's intent to commit the crimes charged and his motive for doing so.

In this case, the defendant has been charged with four counts of passing fake U.S. Treasury checks to creditors.  When a creditor questioned the authenticity of these checks, the defendant claimed that the check was legitimate and that U.S. citizens may pay debts by issuing checks drawn on the Treasury.

At trial, the defendant likely will claim that he believes that individuals may issues Treasury checks, and that, therefore, when he did so, he did not act with an intent to defraud. To demonstrate that the defendant knew he could not pay debts by manufacturing and passing Treasury checks, the United States will introduce evidence that the defendant had personal and business checking and savings accounts, used them regularly to pay expenses, and otherwise professed to have expertise in the world of finance.

The defendant's banking records will also demonstrate that, at the time he committed the charged offenses, the defendant did not have enough money to pay his debts, giving him a motive to create the fake Treasury checks.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:  /s/    Michael J. Coolican
MICHAEL J. COOLICAN
Assistant United States Attorney
USA No. 156
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:  (904) 301-6300
Facsimile:   (904) 301-6310
michael.coolican@usdoj.gov

U.S. v. BUTLER                                              Case No. 3:17-cr-186-J-39JRK

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will electronically serve a copy to the following:

>Darcy Galnor Esq.
>Standby Counsel for the Defendant

I hereby certify that on June 22, 2018, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant(s):

>Neil Andre Butler
>PRO SE
>2266 Pocosin Court
>Jacksonville, FL 32246

>*/s/ Michael J. Coolican*
>MICHAEL J. COOLICAN
>Assistant United States Attorney